**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Todd Horsager, individually and
derivatively as a shareholder of
Sterling GP Corp., Sterling-
Horsager Holding Corp.,

Plaintiff,

v.

**ORDER**
Civil No. 01-1687 ADM/AJB

Robert N. Hellmer, Luke Daly and
Sterling GP Corp.,

Defendants.

---

Wallace G. Hilke, Esq., Lindquist & Vennum, P.L.L.P., Minneapolis, MN, on behalf of Plaintiff.

Alan L. Kildow, Esq., and Thomas A. Gump, Esq., Larkin Hoffman Daly & Lindgren, Ltd., Bloomington, MN, appeared for and on behalf of Defendants.

---

On December 12, 2001, the undersigned United States District Judge heard Defendants' Motion to Dismiss, or in the alternative, to Transfer Venue [Doc. No. 3]. Based upon the arguments of counsel, together with all of the files, records and proceedings, and for the reasons expressed at the conclusion of oral argument on the motion, **IT IS HEREBY ORDERED** that Defendants' Motion [Doc. No. 3] is **DENIED**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: December 12, 2001

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK