UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Todd Horsager and
Sterling-Horsager Holding Corp.,

Plaintiffs,

v.

Robert N. Hellmer, Luke Daly and
Sterling GP Corp.,

Defendants.

---

Civil No: 01-1687 (ADM/AJB)

**STIPULATION AND ORDER REGARDING PRESERVATION OF PARTIES' RIGHTS UPON EXECUTION OF ASSIGNMENT OF PROMISSORY NOTE**

WHEREAS, STERLING CRUISE HOLDINGS, L.P., as Assignor, is assigning unto STERLING-HORSAGER HOLDING CORP., as a partner of the Assignor, all of its right, title and interest in and to that certain Promissory Note dated August 24, 2001, in the original amount of FOUR HUNDRED FORTY THREE THOUSAND NINE HUNDRED NINETY FOUR AND 35/100 DOLLARS ($443,994.35), together with any and all interest due thereon from August 24, 2001; and

WHEREAS, the President of STERLING GP CORP., as the General Partner of STERLING CRUISE HOLDINGS, L.P., is entering into that certain Assignment of Promissory Note with Todd A. Horsager, as president of STERLING-HORSAGER HOLDING CORP. ("Sterling-Horsager"), to effectuate the above assignment ("Assignment"); and

WHEREAS, the parties, by and through their counsel of record, have discussed a number of issues surrounding the Assignment; and

JAN 14 2002
... EN, CLERK
... ENTD ______
DEPUTY CLERK ______

WHEREAS, the parties are of the view that their interests and claims in this case should not be altered by the execution of the Assignment and that the Assignment is for the sole purpose of transferring the Note and interest payments to Sterling-Horsager;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

The parties' respective interests and claims in this case will not be altered by the execution of the Assignment;

The Assignment's sole purpose is to transfer the Note and interest payments to Sterling-Horsager;

The parties, hereby stipulate and agree that the execution of the Assignment does not affect the terms and provisions contained in the Promissory Note and Purchase Agreement that are the subject matter of this law suit and that nothing agreed to in this stipulation shall alter or otherwise effect the claims, defenses, theories or other rights that any party to this suit has or may have relating to the above-captioned action;

The execution of the Assignment shall not be construed to constitute a waiver or estoppel of any such claims, defenses, theories or other rights that any party to this suit has or may have in the future.

It is so stipulated and agreed.

Dated: January 8, 2002.

Alan L. Kildow (143133)
Thomas A. Gump (299935)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Defendants Robert N. Hellmer, Luke Daly and Sterling GP Corp.

Dated: January 9, 2002.

Wallace G. Hilke (175857)
LINQUIST & VENNUM P.L.L.P.
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3211

Attorneys for Plaintiffs Todd Horsager and
Sterling-Horsager Holding Corp.

---

**ORDER**

IT IS SO ORDERED.

BY THE COURT:

Dated: January 11, 2002.

Honorable Ann D. Montgomery
District Court Judge

730599.1