UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 01-1687 (ADM/AJB)

Todd Horsager and
Sterling-Horsager Holding Corp.,

Plaintiffs,

**ORDER**

v.

Robert N. Hellmer, Luke Daly and
Sterling GP Corp.,

Defendants.

Based upon all the files, records and proceedings wherein, and upon the stipulation of the parties,

IT IS HEREBY ORDERED that the above-entitled case shall be immediately remanded to Hennepin County District Court and that all further proceedings shall take place before that court.

Dated: April 2, 2002

Ann D. Montgomery
United States District Judge

APR - 2 2002

FILED ___
RICHARD ___ CLERK
JUDGMENT ___
DEPUTY ___

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 01-1687 (ADM/AJB)

Todd Horsager and
Sterling-Horsager Holding Corp.,

Plaintiffs,

v.

Robert N. Hellmer, Luke Daly and
Sterling GP Corp.,

Defendants.

**STIPULATION FOR REMAND ORDER**

The parties, through their undersigned counsel, hereby stipulate the entry of the attached order providing for remand of the above-entitled case to Hennepin County District Court.

Dated: March 29, 2002

LINDQUIST & VENNUM P.L.L.P.

By: ______________________
Wallace G. Hilke, #175857
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3211

ATTORNEYS FOR PLAINTIFF

Dated: ~~March~~ April 1, 2002

LARKIN, HOFFMAN, DALY & LINDGREN

By: ______________________
Jon S. Swierzewski, #108017
Adam S. Huhta, #236470
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431
(952) 835-3800

ATTORNEYS FOR DEFENDANTS

Doc# 1535103\1

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______